IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-355 |
| | ) | |
| JUAN VILLAGRAN | ) | |

**FILED**
Sep 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER

AND NOW, this 8th day of September 2021, upon consideration of the government's emergency motion for stay and revocation of release order, filed pursuant to 18 U.S.C. § 3145(a), it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.

It is HEREBY ORDERED that the Order entered in the United States District Court for the Eastern District of California by U.S. Magistrate Judge Claire is stayed.  It is FURTHER ORDERED that the Defendant, JUAN VILLAGRAN, shall remain in the custody of the United States Marshals Service and be transported forthwith to the Western District of Pennsylvania for further proceedings on the government's request that Defendant, JUAN VILLAGRAN, be detained pending trial or other disposition.

/s/ Christy Criswell Wiegand
HONORABLE CHRISTY CRISWELL WIEGAND
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF PENNSYLVANIA